UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARD,<br><br>        Plaintiff,<br><br>    v.<br><br>TOMOCREDIT, INC.,<br><br>        Defendant. | Case No. 25-cv-11018-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 5, 2026.  Having considered the parties' proposals, *see* Dkt. No. 25, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Completion of ADR/Mediation | August 3, 2026 |
| Amendment of Pleadings/ Joinder | August 6, 2026 |
| Close of Fact Discovery | November 2, 2026 |
| Exchange of Opening Expert Reports | November 19, 2026 |
| Exchange of Rebuttal Expert Reports | December 3, 2026 |
| Close of Expert Discovery | December 18, 2026 |
| Class Certification Hearing Deadline | February 25, 2027, at 2:00 p.m. |

//

//

//

//

//

*United States District Court*
*Northern District of California*

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 5/13/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2