Todd A. Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous *(Pro Hac Vice* forthcoming*)*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

Attorneys for Defendant
TOMOCREDIT, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>        Defendant. | CASE NO.  4:25-cv-11018-HSG<br><br>**STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE**<br><br>**(L.R. 16-2(e))**<br><br>Action Filed: December 29, 2025 |

Pursuant to Civil Local Rule 16-2(e), Plaintiff Shawn Card ("Plaintiff") and Defendant TomoCredit, Inc. ("TomoCredit") hereby stipulate and agree to an extension of thirty (30) days for the parties to complete mediation in this matter and further stipulate and agree to an adjournment of the case management conference until August 4, 2026 as counsel for TomoCredit is unavailable on July 28, 2026. *See* Exhibit 1 (Declaration of Todd A. Pickles). A case management conference was held on May 5, 2026, following which the Court entered a Scheduling Order. *See* ECF No. 30. Pursuant to the Scheduling Order entered on May 13, 2026, the parties are to complete ADR/mediation by August 3, 2026. *See id*. The parties require an extension of the August 3, 2026 deadline to schedule ADR/mediation and complete the same. *See* Exhibit 1.

IT IS SO STIPULATED:

DATED:  July 23, 2026                    GREENBERG TRAURIG, LLP


By: _/s/Todd A. Pickles_____
      Todd A. Pickles
      Shirin Afsous (*Pro Hac Vice* forthcoming)

      Attorneys for Defendant
      TOMOCREDIT, LLC


DATED:  July 23, 2026                    STRAUSS BORRELLI PLLC


By: _/s/Carly M. Roman_____
      Carly M. Roman

      Attorney for Plaintiff
      SHAWN CARD

## ATTESTATION OF FILER

I, Todd Pickles, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3).  I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: July 23, 2026

                                */s/ Todd A. Pickles*
                                Todd A. Pickles

STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE