Todd Pickles (SBN CA 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous *(Pro Hac Vice* forthcoming*)*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

Attorneys for Defendant
TOMOCREDIT, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>    Defendant. | CASE NO.  4:25-cv-11018-HSG<br><br>**DECLARATION OF TODD PICKLES IN SUPPORT OF STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE**<br><br>**(L.R. 16-2(e))**<br><br>Action Filed: December 29, 2025 |

## **<u>DECLARATION OF TODD PICKLES</u>**

I, Todd Pickles, declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California. I am a shareholder at the law firm Greenberg Traurig, LLP, attorney for TomoCredit Inc. ("TomoCredit"). The facts set forth herein are true of my own personal knowledge unless otherwise stated, and if called upon to testify thereto, I could and would competently do so under oath.

2.      The Complaint in this matter was filed on December 29, 2025. *See* ECF No. 1.

3.      The Court held the initial Case Management Conference on May 5, 2026. *See* ECF No. 29.

4.      A Scheduling Order was subsequently entered by the Court on May 13, 2026. *See* ECF No. 30.

5.      Pursuant to the Scheduling Order, the parties are to conduct ADR/mediation by August 3, 2026.

6.      The Court also set a further case management conference on July 28, 2026.

7.      Due to scheduling difficulties for defendant, the parties have been unable to complete the ADR/mediation.

8.      Accordingly, the parties require an extension of time to schedule and complete ADR/mediation, and have agreed to a 30-day extension of time due to do so to accommodate.

9.      I am not available for the case management conference on July 28, 2026 as I have a conflict with another matter that was already scheduled for an evidentiary hearing on that date.

10.     The parties have agreed to adjourn the case management conference in both *Shawn Card v. TomoCredit Inc.*, Case No. 4:25-cv-11018 and *Deshaun Johnson v. TomoCredit, Inc.*, Case No. 3:26-cv-01172 by one week, until August 4, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of July, 2026 at Sacramento, California.

_/s/Todd Pickles_____
Todd Pickles

DECLARATION OF TODD PICKLES IN SUPPORT OF
STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE