Todd A. Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous *(Pro Hac Vice* forthcoming*)*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

Attorneys for Defendant
TOMOCREDIT, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOMOCREDIT, INC. <br><br> Defendant. | CASE NO.  4:25-cv-11018-HSG <br><br> **ORDER ON STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE (as modified)** <br><br> **(L.R. 16-2(e))** <br><br> Action Filed: December 29, 2025 |

ORDER ON STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference scheduled for July 28, 2026 is adjourned until August 4, 2026 and the time period for the parties to complete ADR/mediation is extended by thirty (30 days). The August 4, 2026 Case Management Conference will be held at 2:00 p.m. via zoom.  The zoom information and instructions remain the same as previously provided in docket no. 10.

DATED:  7/24/2026

Honorable Haywood S. Gilliam, Jr.

2

CASE NO.: 4:25-cv-11018-HSG

ORDER STIPULATION ADJOURNING CASE MANAGEMENT CONFERENCE