Case 4:25-cv-11018-HSG    Document 36    Filed 08/10/26    Page 1 of 3

Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Counsel for Plaintiff and Putative Class*

Todd Pickles (SBN 215629)
**GREENBERG TRAURIG, LLP**
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous (*pro hac* forthcoming)
**GREENBERG TRAURIG, LLP**
1750 Tysons Blvd., Suite 1000
McLean, VA 22102
shirin.afsous@gtlaw.com

*Counsel for TOMOCREDIT Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### AT OAKLAND

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>TOMOCREDIT, INC.<br><br>       Defendant. | No.  4:25-cv-11018-HSG<br><br>Honorable Judge Haywood S Gilliam, Jr<br><br>**STIPULATION TO EXTEND DEADLINE TO MEDIATE (L.R. 16-2(e))**<br><br>Action Filed: December 29, 2025 |

PURSUANT TO Civil Local Rule 16-2(e), Plaintiff Shawn Card ("Plaintiff") and

Defendant TomoCredit, Inc. ("TomoCredit") hereby stipulate and agree to extend the deadline to

1

complete mediation in this matter to **August 31, 2026**.  A case management conference was held on May 5, 2026, following which the Court entered a Scheduling Order. *See* ECF No. 30.

Pursuant to the Scheduling Order entered on May 13, 2026, the parties are to complete ADR/mediation by August 3, 2026. *See id*. The parties require an extension of the August 3, 2026 deadline to schedule ADR/mediation and complete the same. A case management conference was held on August 4, 2026, at which time, the parties requested to extend the mediation deadline. The parties were directed to submit a stipulation and proposed order with an extended date of **August 31, 2026.**

Date: August 10, 2026

By: */s/ Carly M. Roman*
Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*

Date: August 10, 2026

*/s/ Todd Pickles*
Todd Pickles (SBN 215629)
**GREENBERG TRAURIG, LLP**
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous (*pro hac* forthcoming)
**GREENBERG TRAURIG, LLP**
1750 Tysons Blvd., Suite 1000
McLean, VA 22102
shirin.afsous@gtlaw.com

*Counsel for TOMOCREDIT Inc.*

## SIGNATURE ATTESTATION

Pursuant to Local Rules 5-1(i) and 7-12, I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: August 10, 2026            By:  */s/ Carly M. Roman*
                                            Carly M. Roman

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on August 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

Dated: August 10, 2026            By:  */s/ Carly M. Roman*
                                            Carly M. Roman