**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**AT OAKLAND**

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>TOMOCREDIT, INC.<br><br>                              Defendant. | No.  4:25-cv-11018-HSG<br><br>Honorable Judge Haywood S Gilliam, Jr<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO MEDIATE (L.R. 16-2(e))**<br><br>Action Filed: December 29, 2025 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the parties to complete ADR/mediation is extended to **August 31, 2026.**

_____         _____
Date                                                           Honorable Judge Haywood S Gilliam, Jr