Carly M. Roman (SBN #349895)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Counsel for Plaintiff Shawn Card and Putative Class*

Todd Pickles (SBN 215629)
**GREENBERG TRAURIG, LLP**
400 Capitol Mall - Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
picklest@gtlaw.com
Shirin Afsous (*pro hac* forthcoming)
**GREENBERG TRAURIG, LLP**
1750 Tysons Blvd. - Suite 1000
McLean, VA 22102
shirin.afsous@gtlaw.com

*Counsel for TOMOCREDIT Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**AT OAKLAND**

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>Defendant. | No. 4:25-cv-11018-HSG<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: December 29, 2025 |
| DESHAUN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>Defendant. | No. 4:26-cv-01172-HSG<br><br>Action Filed: February 6, 2026 |

PURSUANT TO the Court's text Order entered on September 3, 2026 (*Card*, ECF No. 38; *Johnson*, ECF No. 47) directing the parties to submit a joint status report indicating whether the parties participated in private ADR by the August 31, 2026 deadline, Plaintiff Shawn Card, Plaintiff Deshaun Johnson (collectively "Plaintiffs"), and Defendant TomoCredit, Inc. ("TomoCredit") hereby submit the following joint status report to inform the Court that the parties conducted a joint mediation in good faith for private ADR with the Honorable Judge David E. Jones (ret.) on August 17, 2026 for the purpose of resolving the *Card v. TomoCredit, Inc.*, Case No. 4:25-cv-11018-HSG matter and the *Johnson v. TomoCredit, Inc.*, Case No. 4:26-cv-01172-HSG matter.

**Plaintiffs' Statement**: Ahead of the private ADR, Plaintiffs made a joint offer to settle these matters and expressed their interest in resolving them without further litigation. Defendant did not provide a response during the August 17, 2026 mediation, so the mediation concluded. Defendant has since indicated that it believes discovery should continue before settlement discussions resume. Plaintiffs remain available to discuss resolution and are proceeding in discovery in accordance with the case schedules. Plaintiffs consent to the Court conferring with Judge Jones about the mediation and the Parties' settlement discussions.

**Defendant's statement**: Based on the relative position of the parties and after conferral with the mediator, Defendant did not provide a response but remains available to further discuss resolution with Plaintiffs. Defendant states that it remains interested in resolving this matter, and expects that settlement efforts will resume following further discovery and/or discussions between the parties.

*[Counsel signatures to follow.]*

DATED: September 4, 2026

**GREENBERG TRAURIG, LLP**

By: */s/ Todd A. Pickles*
Todd A. Pickles
Shirin Afsous (*Pro Hac Vice* forthcoming)

*Counsel for Defendant*
*TOMOCREDIT, LLC*

DATED: September 4, 2026

**STRAUSS BORRELLI PLLC**

By: */s/ Carly M. Roman*
Carly M. Roman

*Counsel for Plaintiff*
*SHAWN CARD*

DATED: September 4, 2026

**STRANCH, JENNINGS & GARVEY, PLLC**

By: */s/ Joshua D. Samra*
Joshua D. Samra

*Counsel for Plaintiff*
*DESHAUN JOHNSON*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Carly M. Roman, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS 4th day of September, 2026, at Escondido, California.

*/s/ Carly M. Roman*
Carly M. Roman