Todd A. Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous *(Pro Hac Vice* forthcoming*)*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

Attorneys for Defendant
TOMOCREDIT, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SHAWN CARD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TOMOCREDIT, INC.

Defendant.

CASE NO. 4:25-cv-11018-HSG

**STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER (L.R. 16-2(e))**

Action Filed: December 29, 2025

Pursuant to Civil Local Rule 16-2(e), Plaintiff Shawn Card ("Plaintiff") and Defendant TomoCredit, Inc. ("TomoCredit") hereby stipulate and agree to an extension of ninety (90) days for the parties to complete fact discovery and expert discovery in this matter.

1. A case management conference was held on May 5, 2026, following which the Court entered a Scheduling Order. *See* ECF No. 30.

2. Pursuant to the Scheduling Order entered on May 13, 2026, the parties are to complete fact discovery by November 2, 2026 and expert discovery by December 18, 2026. *See id*.

3. As of the current date, the parties request further time to complete discovery, both fact and expert, which the parties believe will facilitate settlement discussions and otherwise allow the parties to complete preparation for trial, should that be necessary.

4. No trial date has yet been set by the Court and there are no pending motions affected by the proposed modified schedule.

5. The parties believe the failure to provide the additional time requested to complete discovery will prejudice the parties and that the proposed modification will not prejudice the parties or the Court.

6. Accordingly, the parties agree and jointly request that the Court modify the existing schedule as follows:

a. Fact or Non-Expert Discovery Cut-Off: January 31, 2027;

b. Expert Disclosure: February 17, 2027;

c. Expert Rebuttal: March 3, 2027;

d. Expert Discovery Cut-Off: March 18, 2027;

e. Class Certification Hearing Deadline: May 26, 2027.

///

///

///

7. In the alternative, the parties request that the matter be set for a status hearing to discuss with the Court a schedule to allow for the completion of discovery and to set further dates as may be necessary.

IT IS SO STIPULATED:

DATED: November 2, 2026

GREENBERG TRAURIG, LLP

By: */s/Todd A. Pickles*
Todd A. Pickles
Shirin Afsous (*Pro Hac Vice* forthcoming)

Attorneys for Defendant
TOMOCREDIT, LLC

DATED: November 2, 2026

STRAUSS BORRELLI PLLC

By: */s/Carly M. Roman*
Carly M. Roman

Attorney for Plaintiff
SHAWN CARD

## ATTESTATION OF FILER

I, Todd Pickles, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: November 2, 2026

*/s/ Todd A. Pickles*
Todd A. Pickles