Todd A. Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Shirin Afsous *(Pro Hac Vice* forthcoming*)*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone: 703.749.1354
Shirin.Afsous@gtlaw.com

Attorneys for Defendant
TOMOCREDIT, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>Defendant. | CASE NO. 4:25-cv-11018-HSG<br><br>**[PROPOSED] ORDER ON STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER (L.R. 16-2(e))**<br><br>Action Filed: December 29, 2025 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Scheduling Order entered on May 13, 2026, is modified as followed:

a. Fact or Non-Expert Discovery Cut-Off: January 31, 2027;

b. Expert Disclosure: February 17, 2027;

c. Expert Rebuttal: March 3, 2027;

d. Expert Discovery Cut-Off: March 18, 2027;

e. Class Certification Hearing Deadline: May 26, 2027.

____________________________________

Judge Haywood S. Gilliam, Jr