United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN CARD,

Plaintiff,

v.

TOMOCREDIT, INC.,

Defendant.

Case No. 25-cv-11018-HSG

**AMENDED SCHEDULING ORDER**

The Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Close of Fact Discovery | February 1, 2027 |
| Exchange of Opening Expert Reports | February 17, 2027 |
| Exchange of Rebuttal Expert Reports | March 3, 2027 |
| Close of Expert Discovery | March 17, 2027 |
| Class Certification Hearing Date | May 27, 2027, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This **TERMINATES** Dkt. No. 40.

**IT IS SO ORDERED.**

Dated: November 4, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge